IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALVIN DEAN BRUTON, SR.

    Plaintiff,

v.                                                           CIV 11-0330 WJ/KBM

UNITED STATES OF AMERICA, et al.,

    Defendants.

## ORDER DENYING PRO SE MOTION

Plaintiff submitted a civil rights complaint where he asserts that medications he received from a VA facility caused seizures that resulted in him being found incompetent. See Doc. 1 at 2, 9-12. Presently, the Court is reviewing Plaintiff's response to an order to cure defects, and motions that include a motion to amend the complaint. See Docs. 6-9. Plaintiff also filed a motion asking the Court to require the United States to "show cause" relating to the medications he was prescribed. He explains the consequences his "incompetency" designation has had on pending state criminal proceedings. *See Doc. 13.* These assertions are simply reiterations of his allegations, and there is no basis to order the United States to "show cause." As such this latest motion is denied, and the other pending matters that are under submission will be addressed in due course.

**IT IS THEREFORE ORDERED** that (Doc. 13) is DENIED.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE